NO. 07-08-0343-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 4, 2009
_____

LUDWIG CANALES,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2006-414,494; HON. CECIL G. PURYEAR, PRESIDING
_____

*Dismissal*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Ludwig Canales appeals from an order denying his motion for bail pending appeal. We dismiss the appeal as moot.

Appellant appealed his convictions for aggravated assault with a deadly weapon. As a result of filing appeals from his convictions, he requested that the trial court set an appeal bond which the trial court denied. Appellant, further, appealed from that decision. Subsequently, in Cause Number 07-08-0295-CR issued on May 29, 2009, we reversed

appellant's convictions. The State filed a petition for discretionary review and appellant requested that the Court of Criminal Appeals set reasonable bail pending the outcome of the appeal. On August 28, 2009, we received an order from the Court of Criminal Appeals wherein the court granted appellant bail pending the final determination of his appeal in the above referenced trial court cause number.

Accordingly, we dismiss the appeal as moot.

Brian Quinn
Chief Justice

Do not publish.